UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Roy L. Howell Jr.

                                Plaintiff,

v.                                                            Case No.: 1:14–cv–09977
                                                                    Honorable Gary Feinerman

BNSF Railway Company

                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 18, 2016:

       MINUTE entry before the Honorable Gary Feinerman:Parties have informed the Court that this case has settled. If dismissal papers are filed on or before 2/24/2016, the 2/25/2016 status hearing will be stricken and the case will be closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.