IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| ROY L. HOWELL, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-cv-09977 |
| | ) | Judge Feinerman |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW the Parties, pursuant to F.R.C.P. 41, hereby stipulate and agree that all claims asserted in this matter by and amongst Plaintiff against Defendant have been resolved and should be dismissed with prejudice with each party to bear their own fees and costs. The parties ask the Court to enter an order in accordance with this stipulation.

Respectfully submitted,

| | |
|---|---|
| /s/ Ryan M. Furniss | /s/ Heather Adams |
| Ryan M. Furniss IL #06282915 | Raymond H. Groble, III |
| The Furniss Law Firm, LLC | Heather Adams |
| 200 S. Hanley Road, Suite 1103 | Daley, Mohan, Groble |
| Saint Louis, MO 63105 | 55 W. Monroe, Suite 1600 |
| (314) 914-2522 | Chicago, IL 60603 |
| (314) 627-5891 (fax) | (312) 422-9999 |
| rfurniss@furnisslaw.com | groble@daleymohan.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

1