UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Roy L. Howell Jr.
                    Plaintiff,

v.                                                      Case No.: 1:14–cv–09977
                                                           Honorable Gary Feinerman

BNSF Railway Company
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 26, 2016:

      MINUTE entry before the Honorable Gary Feinerman: The parties have filed a stipulation of dismissal [56], the terms of which are set forth therein. The 4/26/2016 status hearing [55] is stricken. The 9/14/2016 final pretrial conference [47] and 9/21/2016 jury trial [48] are strickenCivil case closed. Mailed notice (meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.